IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

————————————————————x

PRIME ENGINEERING, INC.,
a Maryland corporation,

      Plaintiff,

v.

PRIME ENGINEERING INCORPORATED,
a Georgia corporation,

      Defendant/Counterclaim-Plaintiff,

v.

PRIME ENGINEERING & ARCHITECTURE, INC.,
an Ohio corporation,

PRIME ENGINEERING INC.,
a Maryland corporation,

KUMAR BUVANENDARAN, a/k/a SELVAKUMAR
      BUVANENDARAN,
a Maryland resident,

SUGUNESWARAN SUGUNESS,
an Ohio resident,

      Counterclaim-Defendants.

————————————————————x

Civil Action. No.:
3:12-cv-425 (TSB)

STIPULATED ORDER OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED between the parties, by their respective

attorneys, that the Complaint and Counterclaims in the above-entitled action shall be dismissed

with prejudice, and each party shall bear its own costs, disbursements, and attorney's fees.  It is

1

further stipulated that this Court shall retain jurisdiction over the parties in order to enforce the

terms of the Settlement Agreement attached herewith.


DREITLER TRUE LLC

By: _____

Joseph R. Dreitler, Esq.
Mary R. True, Esq.
Dreitler True LLC
137 East State Street
Columbus, Ohio 43215
Telephone: (216) 771-3800
jdreitler@ustrademarklawyer.com
mtrue@ustrademarklawyer.com


STANDLEY LAW GROUP LLP

By: _____

Jeffrey S. Standley, Esq.
Jeffrey C. Norris, Esq.
Standley Law Group LLP
6300 Riverside Drive
Dublin, OH 43017
Telephone: (614) 792-5555
Facsimile: (614) 792-5536
Litigation@standleyllp.com


PAUL OWENS & ASSOCIATES

_____

Paul S. Owens, Esq.
Paul Owens & Associates
P.O. Box 15310
Atlanta, GA 30333-0310
Telephone: (404) 370-9800
psowens@bellsouth.net


Attorneys for Defendant/CC Plaintiff
Prime Engineering Incorporated


Attorneys for Plaintiff/CC Defendants
Prime Engineering Inc., Prime Engineering
& Architecture, Inc., Kumar Buvanendaran,
and Suguneswaren Suguness


SIGNED this the _26TH_ day of _ANGUST, 2013_.

_____
Judge

2